# Law Offices of Colin Mulholland

Employment and Civil Litigation

| | |
|---|---|
| 30-97 Steinway Street. | Telephone: (347) 687-2019 |
| Suite 301-A | cmulhollandesq@gmail.com |
| Astoria, NY 11103 | |

January 12, 2022

Honorable Sarah L. Cave
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

Re: Castro v. Rapi Embarque., 21-cv-5537 (PGG)

Your Honor,

Plaintiff writes to respectfully notify the Court that the parties have a final long form agreement mostly executed and would respectfully request an additional seven (7) days to submit a fairness motion. The parties are simply waiting for one last signature on the agreement.

---

The parties' letter-motion requesting a seven-day extension of time to submit their <u>Cheeks</u> submission (ECF No. 24) is GRANTED.

The Clerk of Court is respectfully directed to close ECF No. 24.

SO ORDERED 1/13/2022

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiff*

SARAH L. CAVE
United States Magistrate Judge